SEONHAE SHIN (CA State Bar No. 308262)
Deputy County Counsel
TOM BUNTON (CA State Bar No. 193560)
County Counsel
385 North Arrowhead Avenue, Fourth Floor
San Bernardino, California 92415-0140
Telephone: (909) 387-5461
Facsimile: (909) 387-4069
Email: Kellie.Shin@cc.sbcounty.gov

Attorneys for Defendants SAN BERNARDINO COUNTY (erroneously sued and served as San Bernardino County Land Use Services Department)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF MACY,<br><br>              Plaintiff,<br><br>   v.<br><br>SAN BERNARDINO COUNTY LAND USE SERVICES DEPARTMENT,<br><br>              Defendant. | Case No. 5:25-cv-00231-RGK-BFM<br><br>**PROOF OF SERVICE OF (1) NOTICE OF REMOVAL [DKT 1]; (2) CIVIL COVER SHEET [DKT 2]; (3) NOTICE OF APPEARANCE [DKT 3]; (4) CERTIFICATION AND NOTICE OF INTERESTED PARTIES [DKT 4]; NOTICE OF JUDGE ASSIGNMENT [DKT 5]; NOTICE OF CLERICAL ERROR [DKT 6]; NOTICE OF REFERENCE TO US MAGISTRATE JUDGE [DKT 7]**<br><br>Honorable Judge Stanley Blumenfeld, Jr.<br><br>Honorable Magistrate Judge Pedro V. Castillo |

///

///

///

///

1
PROOF OF SERVICE

# PROOF OF SERVICE

I am employed in the County of San Bernardino, State of California. I am a citizen of the United States, employed in the County of San Bernardino, State of California, over the age of 18 years and not a party to nor interested in the within action. My business address is 385 North Arrowhead Avenue, Fourth Floor, San Bernardino, CA 92415-0140.

On January 28, 2025, I served the following documents (*specify*): **(1) NOTICE OF REMOVAL [DKT 1];  (2) CIVIL COVER SHEET [DKT 2];  (3) NOTICE OF APPEARANCE [DKT 3];  (4) CERTIFICATION AND NOTICE OF INTERESTED PARTIES [DKT 4]; NOTICE OF JUDGE ASSIGNMENT AND REFERENCE TO A UNITED STATES MAGISTRATE JUDGE [DKT 5];**

On January 30, 2025, I served the following documents (*specify*): **NOTICE OF CLERICAL ERROR [DKT 6]; NOTICE OF REFERENCE TO US MAGISTRATE JUDGE [DKT 7]**

I served the documents on the persons below, as follows:

Jeff Macy, Pro Per
P.O. Box 103
Twin Peaks, CA 92391
Telephone: 909-744-8480
Email: macybuilders@yahoo.com

The documents were served by the following means:

☒ **By United States Mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed above and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collection and processing correspondence for mailing, and know that the document(s) described herein will be deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully paid.

☒ **By e-mail or electronic transmission.** I caused the documents to be sent to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California, that the above is true and correct.

DATED: January 30, 2025

                                           */s/ Josephine DuSold*
                                           Josephine DuSold, Declarant