

**United States District Court**
Central District of California
**Office of the Clerk**

**Brian D. Karth**
District Court Executive / Clerk of Court
350 West 1st Street, Suite 4311
Los Angeles, CA 90012-4565

**Natasha Alexander-Mingo**
Chief Probation & Pretrial Services Officer
255 East Temple Street, Suite 1410
Los Angeles, CA 90012-1565

**Benjamin Medina**
Chief Deputy of Administration
350 West 1st Street, Suite 4311
Los Angeles, CA 90012-4565

**Maya Roy**
Chief Deputy of Operations
350 West 1st Street, Suite 4311
Los Angeles, CA 90012-4565

February 12, 2025

**FILED**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN BERNARDINO

FEB 27 2025

BY: Amaris Morales Eumana, Deputy

Superior Court of California, County of San Bernardino
303 W 3rd Street
San Bernardino, California 92401

Re:  Case Number:    5:25-cv-00231-RGK-BFM
     Previously Superior Court Case No.    CIVSB2435177
     Case Name:    Jeff Macy v. San Bernardino County Land Use Services Department

Dear Sir/Madam:

Pursuant to this Court's ORDER OF REMAND issued on    February 11, 2025   , the above-referenced case is hereby remanded to your jurisdiction.

Attached is a certified copy of the ORDER OF REMAND and a copy of the docket sheet from this Court.

Please acknowledge receipt of the above by signing the enclosed copy of this letter and returning it to the location shown below. Thank you for your cooperation.

United States Courthouse
255 East Temple Street, Suite TS134
Los Angeles, CA 90012



FILED
CLERK, U.S. DISTRICT COURT
MAR 13 2025
CENTRAL DISTRICT OF CALIFORNIA
BY DEN   DEPUTY

Respectfully,

Clerk, U.S. District Court

By: /s/ *Evelyn Synagogue*
    Deputy Clerk
    Evelyn_Synagogue@cacd.uscourts.gov

*Encls.*
*cc: Counsel of record*

---

Receipt is acknowledged of the documents described above.

FEB 27 2025
Date

Clerk, Superior Court

By: **Amaris Morales Eumana**
    Deputy Clerk

---

G-17 (06/24)   LETTER OF TRANSMITTAL - REMAND TO SUPERIOR COURT